UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST HORIZON HOME LOANS, | No. C-10-05308 DMR |
| Plaintiff, | **ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR REMAND AND VACATING CMC** |
| v. | |
| LUCIANA ARIM, ET AL., | |
| Defendants. _____/ | |

Plaintiff First Horizon Home Loans' Motion for Remand is set for hearing on March 9, 2011 at 1:30 p.m. The Court finds this motion suitable for disposition without oral argument and VACATES the hearing date. *See* N.D. Civ. L.R. 7-1(b). The motion will be taken under submission and decided on the papers. The case management conference scheduled for March 9, 2011 at 1:30 p.m. is also VACATED.

IT IS SO ORDERED.

Dated: March 3, 2011

_____
DONNA M. RYU
United States Magistrate Judge